U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 14 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

United States District Court
Western District of La.

Curtis E. Dilla #282159

v.

Burl Cain, Warden

Civil Action No. 04-1548-P

Judge: D.D. Drell

_Writ of Habeas Corpus / an independent Action_

Claim:

The petitioner, Curtis E. Dilla, contends that his sentences have been calculated utilizing false/fraudulent information (dates) which denies him due process.

(The petitioner reserves his right to brief this matter)

Curtis E Dilla
La State Pen
Angola, La 70712

9/14/05

TO THE EXTENT THAT ANY RELIEF IS REQUESTED
IN THE "MOTION FOR RELIEF FROM JUDGMENT," OR THIS
"WRIT OF HABEAS CORPUS/INDEPENDENT ACTION," IT IS
DENIED          ALEXANDRIA, LOUISIANA

DISTRICT JUDGE